# CONSENT TO JOIN COLLECTIVE ACTION – OPT-IN CONSENT FORM

## Pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b)

*Shelby Brown, individually and on behalf of others similarly situated, v. Production Testing Services, Inc. and Robert A. Hoff*

1. I consent and agree to pursue my claims under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.*, against my current/former employer – Production Testing Services, Inc. and other named defendants-- in connection with the above-referenced lawsuit.

2. During the past three years, there were occasions when I worked more than 40 hours in a week for my current/past employer as a field operator, or in a similar position. I did not receive overtime compensation for those hours.

3. I understand this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.* I hereby consent, agree, and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or settlement of any action.

4. I hereby designate John David Hart to represent me for all purposes in this action.

Date: 4-22-16        Signature: *[signed]*

Print Name: Shelby Brown

EXHIBIT "A"